UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE BIRNBAUM and AVRUM BIRNBAUM<br><br>Plaintiffs,<br><br>v.<br><br>ETHICON, INC., ETHICON ENDO-SURGERY, INC., JOHNSON & JOHNSON SERVICES, and JOHNSON & JOHNSON, KARL STORZ ENDOSCOPY-AMERICA, INC., KARL STORZ ENDOVISION, INC., KARL STORZ GMBH & CO. KG, VENTION MEDICAL, INC. (F/K/A THE MEDTECH GROUP INC.), VENTION MEDICAL ACQUISITION CO., and VENTION MEDICAL HOLDINGS, INC.<br><br>Defendants. | COMPLAINT AND<br>DEMAND FOR JURY TRIAL<br><br>Case No: 2:17-cv-7024<br><br>F I L E D<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★   MAR 08 2018   ★<br><br>LONG ISLAND OFFICE |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, by and through their undersigned counsel, voluntarily dismisses this action without prejudice as against Defendants ETHICON, INC., ETHICON ENDO-SURGERY, INC., JOHNSON & JOHNSON SERVICES, and JOHNSON & JOHNSON.

Dated: New York, New York
       December 1, 2017

By:   */s Virginia E. Anello*
      Virginia E. Anello (VA-8197)
      Douglas & London, P.C.
      59 Maiden Lane, 6th Floor
      New York, NY 10038
      (212) 566-7500 (telephone)
      (212) 566-7501 (facsimile)
      vanello@douglasandlondon.com

      *Attorneys for Plaintiffs*

1

SO ORDERED: denying Stipulation of Voluntary Dismissal as to the Defendants Ethicon, Inc., Ethicon Endo-Surgery, Inc., Johnson & Johnson Services, and Johnson & Johnson without prejudice and with leave to refile. The Plaintiffs are instructed to refile the Stipulation in a manner that is consistent with this Court's Individual Rules. As stated in Individual Rule II.C., the Plaintiffs are required to submit an amended caption, reflecting the parties remaining in the case.

s/ Arthur D. Spatt

_____          _____3/8/18_____
Arthur D. Spatt, U.S.D.J.                 Date